2011 SEP -7  AM 10: 49

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
        Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| In re: | |
| **JEFFREY L. GUTHRIE** | **Bankruptcy No. 08-22767** |
| **LAURA J. GUTHRIE,** | **(Chapter 7)** |
| **Debtor(s)** | Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

✔ A    The following check(s) was/were issued to the creditor(s) listed below in the
amount(s) listed.  The check(s) was/were not cashed, and subsequently
returned to the Trustee, and the Trustee stopped payment on or voided said
check(s), and/or

____ B    The check listed below represents a small dividend payable to the court
pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 206 | Nicholas Taylor, Inc.<br>191 N. Foster Street, Suite 200<br>Dothan, AL 36303 | $2,266.22 |

A check in the amount of $2,266.22 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

DATED this _30_ day of August, 2011

_____
DAVID L. MILLER
Chapter 7 Trustee